UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARLENE ALITTO )
)
    Plaintiff, )
)
    v. )    No. 15-cv-9922
)
AMERICAN BLUE RIBBON HOLDINGS, )
LLC d/b/a BAKER'S SQUARE, )
)
    Defendants. )

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED:

That this matter is dismissed, with prejudice, and without costs, all matters in controversy having been settled.

**STOTIS & BAIRD CHARTERED**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: /s/Michael S. Baird
    Michael S. Baird

By: /s/ John Stiglich
    John Stiglich

**200 West Jackson Boulevard, Suite 1050**
**Chicago, Illinois 60606**
**312/461-1000**
**Attorney for the Plaintiff**
**Mbaird@stotis-baird.com**