**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Arlene Alitto

                            Plaintiff,

v.                                            Case No.: 1:15−cv−09922

                                                 Honorable Sidney I. Schenkier

American Blue Ribbon Holdings, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 12, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to the parties' stipulation of dismissal (doc. #[29]), the case is dismissed with prejudice and with each side to bear its own fees and costs, pursuant to the parties' settlement. The status hearing with the magistrate judge set for 4/14/16 is stricken. Civil case terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.